# George R. Roberts Co. & The Step Guys
## Precast Concrete Products


THE STEP GUYS

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 05/18/2016 | 0056632-IN | 1 |
| Purchase Order Number | | |

EXHIBIT B

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
RACE BLOCKS MADE
AND IN INVENTORY AT
GEORGE ROBERTS CO LOCATED AT
192 BIDDEFORD ROAD, ALFRED, ME

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Shipped / Back Ordered | Item Number / Unit / Description | Unit Price | Extended Price |
|---|---|---|---|
| | BRIAN HUGHES 317-435-1831 | | |
| 1,149.000 / 80.000 / 1,069.000 | GP-STR / EACH / STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 75,520.00 |
| 70.000 / 15.000 / 55.000 | GP-RAD / EACH / RADIUS RACE BLOCK - GRAND PRIX | 979.00 | 14,685.00 |
| 82.000 / 28.000 / 54.000 | GP-PIT / EACH / PIT RACE BLOCK - GRAND PRIX | 675.00 | 18,900.00 |

| | |
|---|---|
| Net Invoice: | 109,105.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 5/18/2016: | 0.00 |
| Sales Tax: | 6,819.06 |
| Invoice Total: | 115,924.06 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

THE STEP GUYS

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 04/30/2016 | 0056477-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered | Item Number | | | | |
|---|---|---|---|---|---|
| Quantity Shipped | Unit | | | | |
| Quantity Back Ordered | Item Description | | | Unit Price | Extended Price |

*BRIAN HUGHES 317-435-1831*

| 1,205.000 | GP-STR | | | | |
|---|---|---|---|---|---|
| 70.000 | EACH | | | | |
| 1,135.000 | STRAIGHT RACE BLOCK - GRAND PR | | | 944.00 | 66,080.00 |

We are going GREEN!  If you would like to receive
your invoice/statement via email, please send a note
to rcormier@georgerobertsco.com

Net Invoice:  66,080.00
Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 4/30/2016:  0.00
Sales Tax:  4,130.00
Invoice Total:  70,210.00

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

THE STEP GUYS

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

## Invoice

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 04/30/2016 | 0056495-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Quantity Shipped / Quantity Back Ordered | Item Number / Unit / Item Description | Unit Price | Extended Price |
|---|---|---|---|
| | *BRIAN HUGHES 317-435-1831* | | |
| 1,205.000 / 56.000 / 1,149.000 | GP-STR / EACH / STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 52,864.00 |

| | | |
|---|---|---|
| | Net Invoice: | 52,864.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 4/30/2016: | | 0.00 |
| | Sales Tax: | 3,304.00 |
| | Invoice Total: | 56,168.00 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# Invoice

**George R. Roberts Co. & The Step Guys**
Precast Concrete Products

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 04/25/2016 | 0056434-IN | 1 |

**Purchase Order Number**

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA 02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Shipped / Back Ordered | Item Number / Unit / Item Description | Unit Price | Extended Price |
|---|---|---|---|
| | BRIAN HUGHES 317-435-1831 | | |
| 1,313.000 | GP-STR | | |
| 108.000 | EACH | | |
| 1,205.000 | STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 101,952.00 |

| | |
|---|---|
| Net Invoice: | 101,952.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 4/25/2016: | 0.00 |
| Sales Tax: | 6,372.00 |
| Invoice Total: | 108,324.00 |

We are going GREEN! If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

THE STEP GUYS

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 04/18/2016 | 0056383-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Shipped / Back Ordered | Item Number / Unit / Item Description | Unit Price | Extended Price |
|---|---|---|---|
| | BRIAN HUGHES 317-435-1831 | | |
| 1,416.000 / 103.000 / 1,313.000 | GP-STR / EACH / STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 97,232.00 |
| 90.000 / 8.000 / 82.000 | GP-PIT / EACH / PIT RACE BLOCK - GRAND PRIX | 675.00 | 5,400.00 |

Net Invoice: 102,632.00
Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 4/18/2016: 0.00
Sales Tax: 6,414.50
Invoice Total: 109,046.50

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

THE STEP GUYS

192 Biddeford Road
Alfred, ME  04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 04/13/2016 | 0056343-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Shipped / Back Ordered | Item Number / Unit / Description | Unit Price | Extended Price |
|---|---|---|---|
| | *BRIAN HUGHES 317-435-1831* | | |
| 1,532.000 / 116.000 / 1,416.000 | GP-STR / EACH / STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 109,504.00 |
| 76.000 / 6.000 / 70.000 | GP-RAD / EACH / RADIUS RACE BLOCK - GRAND PRIX | 979.00 | 5,874.00 |
| 98.000 / 8.000 / 90.000 | GP-PIT / EACH / PIT RACE BLOCK - GRAND PRIX | 675.00 | 5,400.00 |

| | |
|---|---|
| Net Invoice: | 120,778.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 4/13/2016: | 0.00 |
| Sales Tax: | 7,548.63 |
| Invoice Total: | 128,326.63 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co. & The Step Guys
## Precast Concrete Products

192 Biddeford Road  
Alfred, ME 04002  
1-800-244-6571  
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 03/31/2016 | 0056290-IN | 1 |

**Purchase Order Number**

**Sold To:**  
BOSTON GRAND PRIX LLC  
425 SUMMER STREET  
BOSTON, MA  02210

**Ship To:**  
DELIVER ON:_____  
26 FID KENNEDY AVE  
CRUISEPORT LOT- GATE# 1234  
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Shipped / Back Ordered | Item Number / Unit / Item Description | Unit Price | Extended Price |
|---|---|---|---|
| | *BRIAN HUGHES 317-435-1831* | | |
| 1,621.000 / 89.000 / 1,532.000 | GP-STR / EACH / STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 84,016.00 |
| 86.000 / 10.000 / 76.000 | GP-RAD / EACH / RADIUS RACE BLOCK - GRAND PRIX | 979.00 | 9,790.00 |
| 110.000 / 12.000 / 98.000 | GP-PIT / EACH / PIT RACE BLOCK - GRAND PRIX | 675.00 | 8,100.00 |

| | |
|---|---|
| Net Invoice: | 101,906.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 3/31/2016: | 0.00 |
| Sales Tax: | 6,369.13 |
| Invoice Total: | 108,275.13 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# Invoice



**George R. Roberts Co. & The Step Guys**
**Precast Concrete Products**

192 Biddeford Road
Alfred, ME  04002
1-800-244-6571
FAX: (207) 324-8533

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 03/28/2016 | 0056267-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered | Item Number | | | |
|---|---|---|---|---|
| Quantity Shipped | Unit | | | |
| Quantity Back Ordered | Item Description | | Unit Price | Extended Price |

*BRIAN HUGHES 317-435-1831*

| 1,754.000 | GP-STR | | | |
|---|---|---|---|---|
| 133.000 | EACH | | | |
| 1,621.000 | STRAIGHT RACE BLOCK - GRAND PR | | 944.00 | 125,552.00 |

|  |  |
|---|---|
| Net Invoice: | 125,552.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 3/28/2016: | 0.00 |
| Sales Tax: | 7,847.00 |
| Invoice Total: | 133,399.00 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com



**George R. Roberts Co. & The Step Guys**
Precast Concrete Products

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 03/19/2016 | 0056246-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA 02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Quantity Shipped / Quantity Back Ordered | Item Number / Unit / Item Description | Unit Price | Extended Price |
|---|---|---|---|
| | *BRIAN HUGHES 317-435-1831* | | |
| 1,876.000 / 122.000 / 1,754.000 | GP-STR / EACH / STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 115,168.00 |
| 100.000 / 14.000 / 86.000 | GP-RAD / EACH / RADIUS RACE BLOCK - GRAND PRIX | 979.00 | 13,706.00 |

| | |
|---|---|
| Net Invoice: | 128,874.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 3/19/2016: | 0.00 |
| Sales Tax: | 8,054.63 |
| Invoice Total: | 136,928.63 |

We are going GREEN! If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

THE STEP GUYS

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 03/14/2016 | 0056231-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA 02210

**Ship To:**
DELIVER ON: _____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered | Item Number | | | | |
|---|---|---|---|---|---|
| Quantity Shipped | Unit | | | | |
| Quantity Back Ordered | Item Description | | | Unit Price | Extended Price |

*BRIAN HUGHES 317-435-1831*

| | | | | | |
|---|---|---|---|---|---|
| 1,956.000 | GP-STR | | | | |
| 80.000 | EACH | | | | |
| 1,876.000 | STRAIGHT RACE BLOCK - GRAND PR | | | 944.00 | 75,520.00 |

|  |  |
|---|---|
| Net Invoice: | 75,520.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 3/14/2016: | 0.00 |
| Sales Tax: | 4,720.00 |
| Invoice Total: | 80,240.00 |

We are going GREEN! If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

THE STEP GUYS

192 Biddeford Road
Alfred, ME  04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 03/07/2016 | 0056213-IN | 1 |
| Purchase Order Number | | |
|  | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered | Item Number | | | |
|---|---|---|---|---|
| Quantity Shipped | Unit | | | |
| Quantity Back Ordered | Item Description | | Unit Price | Extended Price |

*BRIAN HUGHES 317-435-1831*

| 2,004.000 | GP-STR | | | |
| 48.000 | EACH | | | |
| 1,956.000 | STRAIGHT RACE BLOCK - GRAND PR | | 944.00 | 45,312.00 |

|  |  |
|---|---|
| Net Invoice: | 45,312.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 3/7/2016: | 0.00 |
| Sales Tax: | 2,832.00 |
| Invoice Total: | 48,144.00 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

**THE STEP GUYS**

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

# Invoice

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 02/26/2016 | 0056197-IN | 1 |
| Purchase Order Number | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Quantity Shipped / Quantity Back Ordered | Item Number / Unit / Item Description | Unit Price | Extended Price |
|---|---|---|---|
| | *BRIAN HUGHES 317-435-1831* | | |
| 2,082.000 | GP-STR | | |
| 78.000 | EACH | | |
| 2,004.000 | STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 73,632.00 |

|  |  |
|---|---|
| Net Invoice: | 73,632.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 2/26/2016: | 0.00 |
| Sales Tax: | 4,602.00 |
| Invoice Total: | 78,234.00 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

THE STEP GUYS

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 02/22/2016 | 0056174-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered | Item Number | | | | |
|---|---|---|---|---|---|
| Quantity Shipped | Unit | | | | |
| Quantity Back Ordered | Item Description | | | Unit Price | Extended Price |

*BRIAN HUGHES 317-435-1831*

| | | | | | |
|---|---|---|---|---|---|
| 2,096.000 | GP-STR | | | | |
| 14.000 | EACH | | | | |
| 2,082.000 | STRAIGHT RACE BLOCK - GRAND PR | | | 944.00 | 13,216.00 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

| | |
|---|---|
| Net Invoice: | 13,216.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 2/22/2016: | 0.00 |
| Sales Tax: | 826.00 |
| **Invoice Total:** | **14,042.00** |

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 02/12/2016 | 0056157-IN | 1 |
| Purchase Order Number | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA  02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered / Shipped / Back Ordered | Item Number / Unit / Item Description | Unit Price | Extended Price |
|---|---|---|---|
| | BRIAN HUGHES 317-435-1831 | | |
| 2,130.000 | GP-STR | | |
| 34.000 | EACH | | |
| 2,096.000 | STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 32,096.00 |

| | |
|---|---|
| Net Invoice: | 32,096.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 2/12/2016: | 0.00 |
| Sales Tax: | 2,006.00 |
| Invoice Total: | 34,102.00 |

We are going GREEN!  If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com

# George R. Roberts Co.
## & The Step Guys
### Precast Concrete Products

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Invoice**

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 02/05/2016 | 0056148-IN | 1 |
| Purchase Order Number | | |
| | | |

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA 02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered | Item Number | | | | |
|---|---|---|---|---|---|
| Quantity Shipped | Unit | | | | |
| Quantity Back Ordered | Item Description | | | Unit Price | Extended Price |

BRIAN HUGHES 317-435-1831

| | | | | | |
|---|---|---|---|---|---|
| 2,172.000 | GP-STR | | | | |
| 42.000 | EACH | | | | |
| 2,130.000 | STRAIGHT RACE BLOCK - GRAND PR | | | 944.00 | 39,648.00 |

Net Invoice: 39,648.00
Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 2/5/2016: 0.00
Sales Tax: 2,478.00
Invoice Total: 42,126.00

We are going GREEN! If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com




# Invoice

| Invoice Date | Invoice Number | Page |
|---|---|---|
| 01/29/2016 | 0056138-IN | 1 |
| Purchase Order Number | | |
| | | |

**George R. Roberts Co. & The Step Guys**
Precast Concrete Products

192 Biddeford Road
Alfred, ME 04002
1-800-244-6571
FAX: (207) 324-8533

**Sold To:**
BOSTON GRAND PRIX LLC
425 SUMMER STREET
BOSTON, MA 02210

**Ship To:**
DELIVER ON:_____
26 FID KENNEDY AVE
CRUISEPORT LOT- GATE# 1234
BOSTON MA

| Order Number | Order Date | Customer Number | Ship Date | Ship VIA | Terms |
|---|---|---|---|---|---|
| 0046543 | 01/20/2016 | BOSTGP | 01/20/2016 | GEO ROBERTS | NET DUE 30 DAYS |

| Quantity Ordered | Item Number | | | |
|---|---|---|---|---|
| Quantity Shipped | Unit | | | |
| Quantity Back Ordered | Item Description | | Unit Price | Extended Price |

*BRIAN HUGHES 317-435-1831*

| 2,200.000 | GP-STR | | |
| 28.000 | EACH | | |
| 2,172.000 | STRAIGHT RACE BLOCK - GRAND PR | 944.00 | 26,432.00 |

|  |  |
|---|---|
| Net Invoice: | 26,432.00 |
| Not all items are subject to discount, your TOTAL discount is $0.00, if paid by 1/29/2016: | 0.00 |
| Sales Tax: | 1,652.00 |
| Invoice Total: | 28,084.00 |

We are going GREEN! If you would like to receive your invoice/statement via email, please send a note to rcormier@georgerobertsco.com