# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) | Chapter 7<br>Case No. 16-12574-MSH |
| BOSTON GRAND PRIX, LLC, | | |
| Debtor | | |

## ORDER

The Court has before it the Application of Trustee for Employment of Accountant (Doc. No. 31) (the "Application"). No objection having been filed and good cause appearing therefor, the Application is hereby approved. All fees shall be subject to the filing of an application with the Court and approval pursuant to 11 U.S.C. § 330.

Dated: October 6, 2016

By the Court,

Christopher J. Panos
U.S. Bankruptcy Judge

1