# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Cruickshank v. Casey et al     Case Number: 16-01200     Ch:

**MOVANT/APPLICANT/PARTIES:**

#10 Motion of Plaintiff Gary W. Cruickshank for Preliminary Injunction (Kathleen Cruickshank) (Objections due by 1/18/2017 at 12:00 p.m.)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__10__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the temporary restraining order is extended through January 26, 2017 pending further order of the court, and a separate order shall be entered. No defendant filed a timely objection to the Plaintiff's Motion for Preliminary Injunction. Mr. Casey appeared pro se at today's hearing. Any objection to the entry of the preliminary injunction motion must be filed by January 26, 2017 at 12:00 PM. A continued hearing on the Motion for Preliminary Injunction shall be held on January 30, 2017 at 11:00 AM.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
_____                       _____ Dated: 01/19/2017
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge