UNITED STATES BANKRUPTY COURT
DISTRICT OF MASSACHSUETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>Boston Grand Prix, LLC )<br>)<br>)<br>GARY W. CRUICKSHANK, )<br>CHAPTER 7 TRUSTEE OF )<br>THE ESTATE OF BOSTON )<br>GRAND PRIX, LLC, )<br>      Plaintiff, )<br>      v. )<br>)<br>JOHN F. CASEY, )<br>CASEY SUMMIT, LLC; )<br>LASER LEASING, INC., )<br>d/b/a AESTHETIC LASER EXCHANGE, )<br>AESTHETIC MEDICAL LASERS, LLC, )<br>a Colorado Limited Liability Company; )<br>AND GAYLE CASEY, )<br>      Defendants, )<br>)<br>And )<br>)<br>CASEY SUMMIT, LLC, )<br>LASER LEASING, INC., d/b/a )<br>AETHETIC LASER EXCHANGE; )<br>AESTETIC MEDIAL LASWERS, LLC, )<br>a Colorado Limited LIabaility Company; )<br>CATHERINE M. CASEY AS TRUSTEE )<br>OF 36 ELLERY STREET NOMINEE TRUST; )<br>and CATHERINE M. CASEY AS TRUSTEE )<br>OF THE CASEY FAMILY TRUST, )<br>)<br>      Reach and Apply Defendants, )<br>)<br>And )<br>)<br>BANK OF AMERICA CORP; )<br>CITIZENS BANK OF MASSACHUSETTS; )<br>LEADER BANCORP, INC.; )<br>PEOPLE'S UNITED FINANCIAL, INC.; )<br>TD BANK, N.A; SANTANDER HOLDINGS, )<br>USA; UBS FINANCIAL SERVICES, INC.; ) | Chapter 7<br><br>Case No. 16-12574-MSH<br>Adv. Proc. No.: 16-01200<br><br>**RESPONSE TO<br>TRUSTEE PROCESS<br>SUBPOENA** |

```
FMR, LLC d/b/a FIDELITY INVESTMENTS;  )
PRUDENTIAL FINANCIAL, INC.;            )
JANNEY MONTGOMERY SCOTT, LLC;          )
STERLING BANKCROP a/k/a                )
STERLING NATIONAL BANK; AND            )
RAYMOND JAMES & ASSOCIATES, INC.       )
        Trustee Process Defendants     )
                                       )
```

**Trustee Name: Raymond James & Associates, Inc.**

Pursuant to the Summons to Trustee served on January 11, 2017 [D.E. 80], Trustee, Raymond James & Associates, Inc. ("Raymond James"), through Brandy Pikus, its in-house counsel, answers as follows:

1. Raymond James does not have in its possession, custody and/or control any goods, effects, or credits of John F. Casey.

2. Raymond James does not have in its possession, custody and/or control any goods, effects, or credits of Laser Leasing, Inc.

3. Raymond James does not have in its possession, custody and/or control any goods, effects, or credits of Aesthetic Medical Lasers, LLC.

4. Raymond James does not have in its possession, custody and/or control any goods, effects, or credits of Gayle Casey.

5. Raymond James does not have in its possession, custody and/or control any goods, effects, or credits of Casey Summit, LLC.

Signed under the penalties of perjury, this 25 day of January, 2017.

By: Brandy Pikus
Title: Counsel
Raymond James & Associates, Inc.

SUBSCRIBED AND SWORN TO
before me, the undersigned notary
public, on this 25th day of January, 2017.

Notary Public, State of Florida



CYNTHIA A. CRANE
MY COMMISSION # EE 877228
EXPIRES: June 22, 2017
Bonded Thru Notary Public Underwriters

Respectfully submitted

**RAYMOND JAMES & ASSOCIATES, INC.**

By its attorneys:

/s/ Michael E. Pastore
Pete S. Michaels (BBO#553535)
Michael E. Pastore (BBO#669692)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 310-6277
Facsimile: (617) 310-6001
pastorem@gtlaw.com

## CERTIFICATE OF SERVICE

      I, Michael E. Pastore, hereby certify that a copy of the foregoing document was served on the following counsel of record via the Electronic Case Filing System on January 25, 2014:

Michael J. Goldberg, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02110

A. Davis Whitesell, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02110

Charles R. Bennett, Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108

Kathleen R. Cruikshank
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108

Gary W. Cruickshank
Law Offices of Gary W. Cruickshank
21 Custom House Street, Suite 920
Boston, MA  02110

                                              /s/ Michael E. Pastore
                                              Michael E. Pastore